## VIDEOSHARE, LLC, a Delaware Limited Liability Company, Plaintiff-Appellant

v.

## GOOGLE INC., a Delaware Corporation, Youtube, LLC, a Delaware Limited Liability Company, Defendants-Appellees

2016-2438

United States Court of Appeals, Federal Circuit.

August 16, 2017

GREGORY S. DOVEL, Dovel & Luner, LLP, Santa Monica, CA, argued for plaintiff-appellant. Also represented by SIMON FRANZINI, RICHARD ELGAR LYON, III.

PAUL ALESSIO MEZZINA, King & Spalding LLP, Washington, DC, argued for defendants-appellees. Also represented by DARYL JOSEFFER.

(Prost, Chief Judge, O'Malley and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**